JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ORTIZ, | Case No. CV 10-9832-DOC (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

In accordance with the Final Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action be dismissed without prejudice.

DATED: May 25, 2011

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE